UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LOWELL R. HUEPENBECKER and AMY J. HUEPENBECKER,<br>　　　　Appellants,<br><br>-v-<br><br>PAUL DAVIDOFF,<br>　　　　Appellee. | No. 1:13-cv-747<br><br>HONORABLE PAUL L. MALONEY |

**JUDGMENT**

　　　　Having considered this appeal and affirmed the decision of the Bankruptcy Court, **JUDGMENT ENTERS.**

　　　　**THIS MATTER IS TERMINATED.**

　　　　**IT IS SO ORDERED.**

Date:　January 26, 2015　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge